# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 03-249** |
| **LODISE WADLEY** | : | |

## O R D E R

AND NOW, this        day of              , 2005, upon consideration of the within Motion, it is hereby

**ORDERED**

that Counts One and Two of the Indictment are dismissed.

BY THE COURT:

_____
HONORABLE CLARENCE C. NEWCOMER
*Senior Judge, United States District Court*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 03-249 |
| LODISE WADLEY | : | |

## MOTION TO DISMISS COUNTS ONE AND TWO
## OF THE INDICTMENT

The United States of America respectfully moves the Court to dismiss Counts One and Two of the Indictment, and in support of this motion avers as follows:

1. A Grand Jury for the Eastern District of Pennsylvania returned an eleven-count Indictment against the defendant.

2. Subsequently, the defendant was brought to trial before the Honorable Clarence C. Newcomer. The Government did not move to trial on Counts One and Two of the Indictment. The defendant was tried and convicted on the remaining counts. Through an oversight, the government failed to file a formal, written motion to dismiss Counts One and Two.

3. The United States moves that the Court dismiss Counts One and Two of the Indictment.

Respectfully submitted,

PATRICK R. MEEHAN
United States Attorney

_____
JOSEPH A. LaBAR
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss Counts One and Two of the Indictment has been served upon:

> Patrick J. Egan, Esquire
> 239 S. Camac Street
> Philadelphia, PA 19107

                                                JOSEPH A. LaBAR
                                                Special Assistant U.S. Attorney

Date:    January 27, 2005